**ORDER:** Motion granted. The hearing is set for February 22, 2016, at 1:30 p.m.

*/s/ E. Clifton Knowles*
U.S. Magistrate Judge

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:08-00039 |
| | ) | Chief Judge Sharp / Mag. Judge Knowles |
| JACKIE WAYNE HOPKINS | ) | |

## MOTION TO RE-OPEN THE DETENTION HEARING

Comes now Mr. Hopkins pursuant to 18 U.S.C. § 3142(f) and hereby moves the Court to re-open the detention hearing in this matter. In support of this motion Mr. Hopkins would state and show that he is being detained based on a petition for revocation of his supervised release based largely on violations related to his drug usage. Mr. Hopkins would show that he has been accepted into an in-patient drug treatment program at the Samaritan Center in Nashville and is scheduled to enter the program on Monday, February 22, 2016. Mr. Hopkins would further show that the government is not opposed to Mr. Hopkins' release on the 22nd to enter Samaritan Center subject to certain conditions that the parties will detail for the Court.

WHEREFORE, Mr. Hopkins moves the Court to re-open the detention hearing and set this matter for hearing on Monday, February 22, 2016.

Respectfully submitted,

/s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047